# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Entrust Datacard Corporation,

                *Plaintiff,*

v.                                              Case No. 0:15−cv−04260−JNE−JSM

Atlantic Zeiser GmbH, et al.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Atlantic Zeiser GmbH

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                John B Lunseth, II
                80 S 8th St Ste 2200
                Mpls, MN
                55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*      By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance:  December 1, 2015

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:15–cv–04260–JNE–JSM

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Atlantic Zeiser GmbH

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Entrust Datacard Corporation,

                *Plaintiff,*

v.                                            Case No. 0:15−cv−04260−JNE−JSM

Atlantic Zeiser GmbH, et al.,

                *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Atlantic Zeiser, Inc.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           John B Lunseth, II
           80 S 8th St Ste 2200
           Mpls, MN
           55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*      By:



Signature of Clerk or Deputy Clerk

Lynnette Brennan

Date of Issuance:  December 1, 2015

# Summons and Complaint Return of Service

Case No. 0:15–cv–04260–JNE–JSM

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Atlantic Zeiser, Inc.

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: